

**Liebowitz** ⊙ **Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

May 17, 2019

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     ***Stelzer v. Irish Studio, LLC (1:19-cv-1081-RA)***

Dear Judge Abrams,

We represent Plaintiff, Brigitte Stelzer, in the above in-captioned case. The Defendant does not intend on signing the settlement agreement. We respectfully request that the case be re-opened. If Defendant does not file a response to the complaint within 21-days of today's date, we will file a request to enter default.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Brigitte Stelzer*

